AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

LUCIANO TONELLI,

                                               **JUDGMENT IN A CIVIL CASE**

v.

TERRY WOODLAND, JOHN DOE #1 and
STEPHEN SINCLAIR,

CASE NUMBER: CV-09-155-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the First Amended Complaint is DISMISSED with prejudice.

September 10, 2009                           JAMES R. LARSEN
*Date*                                                          *Clerk*
                                                          s/ Virginia Reisenauer
                                                          *(By) Deputy Clerk*
                                                          Virginia Reisenauer